**Robert A. ZANDER, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 16-1803**

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

Robert A. Zander, Appellant Pro Se.
Joan Brodish Childs, Assistant United
States Attorney, Greensboro, North Carolina, for Appellee.

Before DIAZ and THACKER, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert A. Zander appeals the district
court's order accepting the magistrate
judge's recommendation and denying relief
on Zander's action filed pursuant to the
Federal Tort Claims Act, and a subsequent order denying reconsideration. Zander also appeals the magistrate judge's
order granting the Government's motion
for a protective order. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. Zander v.
United States, No. 1:12–cv–00700–WO–
JEP (M.D.N.C. Sept. 4, 2015; Mar. 31,
2016; July 7, 2016). We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

AFFIRMED